UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. Michael A. Shipp |
| v. | : Crim. No. 23-180 (MAS) |
| JABREE JOHNSON | : **SCHEDULING ORDER & CONTINUANCE** |

This matter having come before the Court for a revised Scheduling Order and Continuance; and the United States being represented by Philip R. Sellinger, U.S. Attorney for the District of New Jersey (by Tracey Agnew, Assistant U.S. Attorney, appearing); and the Defendant being represented by Mark Catanzaro, Esq.; and the discovery required by Federal Rule of Criminal Procedure 16(a)(1) having been provided by the Government to the defense[1]; and the parties having been engaged in plea negotiations since the last Scheduling Order; and the parties now seeking additional time for the preparation, filing and argument of pretrial motions; and the Court having accepted such schedule, and for good cause shown,

It is on this <u>15th</u> day of November, 2023, ORDERED that:

1. The following shall be the revised schedule for pretrial motions in this matter:

---

[1] The video of the alleged crimes was provided to the defense in a redacted version, redacting the undercover officers' images out of concern for their safety. An unredacted version of the video is available for review at the U.S. Attorney's Office.

1

    a) The Defendant shall file any and all pretrial motions, pursuant to Federal Rules of Criminal Procedure 12(b) and 41(h), in the manner set forth in L. Civ. R. 7.1, on or before **January 5, 2024**;

    b) The Government shall file any response to the Defendant's pretrial motions on or before **January 26, 2024**;

    c) The Defendant shall file any reply on or before **February 9, 2024**; and

    d) If warranted, oral argument on pretrial motions shall be scheduled by the Court thereafter.

    2.    Pursuant to paragraphs 17 to 21 of the Court's Standing Order No. 15-2, the Court shall, in consultation with the parties, schedule a final pretrial conference that will be held no sooner than two (2) weeks following the disposition of pretrial motions. If appropriate, a trial date will be set at this final pretrial conference.

    3.    Based upon the parties' request for a continuance, pursuant Title 18, United States Code, Section 3161(h)(7), for additional time for the defense to prepare and file pretrial motions, for the Government to response to same, and for the Court to review the parties' submissions, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. Therefore, it is FURTHER ORDERED that this action be, and it hereby is, continued from the date this Order is signed through February 29, 2024; and that the period from

the date this Order is signed through February 29, 2024, shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HONORABLE MICHAEL A. SHIPP
United States District Judge

Agreed to and consented by:

_____
Tracey Agnew
Assistant U.S. Attorney


/s/ Mark Catanzaro
_____
Mark Catanzaro, Esq.
Attorney for Jabree Johnson

3